**Post History**

|  |  |  |  |
|---|---|---|---|
| Last Date Satisfied | 8/1/2018 | Total PRE Received | $0.00 |
| Post Suspense | $87.44 | Total POST Received | $78,129.99 |

Ln # xxxxx8736

| Transaction Date | PRE Funds Received | POST Funds Received | Post Payment Installment Date | Payment Amt Due | POST Partial Amount | POST Suspense Balance | Comment |
|---|---|---|---|---|---|---|---|
| 10/1/2013 |  | 1302 | 10/1/2013 | 1301.23 | $0.77 | $0.77 |  |
| 11/4/2013 |  | 1305 | 11/1/2013 | 1301.23 | $3.77 | $4.54 |  |
| 11/4/2013 |  |  |  | 3.77 | -$3.77 | $0.77 |  |
| 12/6/2013 |  | 1305 | 12/1/2013 | 1301.23 | $3.77 | $4.54 |  |
| 12/6/2013 |  |  |  | 3.77 | -$3.77 | $0.77 |  |
| 1/8/2014 |  | 1305 | 1/1/2014 | 1301.23 | $3.77 | $4.54 |  |
| 2/7/2014 |  | 1305 | 2/1/2014 | 1301.23 | $3.77 | $8.31 |  |
| 2/7/2014 |  |  |  | 3.77 | -$3.77 | $4.54 |  |
| 2/11/2014 |  |  |  | 4.54 | -$4.54 | $0.00 |  |
| 3/10/2014 |  | 1305 | 3/1/2014 | 1301.23 | $3.77 | $3.77 |  |
| 4/8/2014 |  | 1301.23 | 4/1/2014 | 1301.23 | $0.00 | $3.77 |  |
| 5/9/2014 |  | 1301.23 | 5/1/2014 | 1301.23 | $0.00 | $3.77 |  |
| 6/9/2014 |  | 1305 | 6/1/2014 | 1301.23 | $3.77 | $7.54 |  |
| 7/9/2014 |  | 1305 | 7/1/2014 | 1301.23 | $3.77 | $11.31 |  |
| 7/9/2014 |  |  |  | 3.77 | -$3.77 | $7.54 |  |
| 8/4/2014 |  | 1305 | 8/1/2014 | 1301.23 | $3.77 | $11.31 |  |
| 9/9/2014 |  | 1305 | 9/1/2014 | 1301.23 | $3.77 | $15.08 |  |
| 9/9/2014 |  |  |  | 3.77 | -$3.77 | $11.31 |  |
| 10/6/2014 |  | 1300 | 10/1/2014 | 1246.43 | $53.57 | $64.88 |  |
| 11/8/2014 |  | 1300 | 11/1/2014 | 1246.43 | $53.57 | $118.45 |  |
| 12/9/2014 |  | 1300 | 12/1/2014 | 1246.43 | $53.57 | $172.02 |  |
| 1/12/2015 |  | 1247 | 1/1/2015 | 1246.43 | $0.57 | $172.59 |  |
| 2/10/2015 |  | 1247 | 2/1/2015 | 1246.43 | $0.57 | $173.16 |  |
| 3/9/2015 |  | 1300 | 3/1/2015 | 1246.43 | $53.57 | $226.73 |  |
| 4/8/2015 |  | 1300 | 4/1/2015 | 1246.43 | $53.57 | $280.30 |  |
| 5/8/2015 |  | 1300 | 5/1/2015 | 1246.43 | $53.57 | $333.87 |  |
| 6/9/2015 |  | 1247 | 6/1/2015 | 1246.43 | $0.57 | $334.44 |  |
| 7/9/2015 |  | 1247 | 7/1/2015 | 1246.43 | $0.57 | $335.01 |  |
| 8/7/2015 |  | 1300 | 8/1/2015 | 1246.43 | $53.57 | $388.58 |  |

| Date | | Date | | | |
|---|---|---|---|---|---|
| 9/11/2015 | 1300 | 9/1/2015 | 1246.43 | $53.57 | $442.15 |
| 10/9/2015 | 1410 | 10/1/2015 | 1405.78 | $4.22 | $446.37 |
| 11/10/2015 | 1410 | 11/1/2015 | 1405.78 | $4.22 | $450.59 |
| 12/11/2015 | 1410 | 12/1/2015 | 1405.78 | $4.22 | $454.81 |
| 1/15/2016 | 1410 | 1/1/2016 | 1405.78 | $4.22 | $459.03 |
| 2/12/2016 | 1410 | 2/1/2016 | 1405.78 | $4.22 | $463.25 |
| 3/12/2016 | 1367.53 | 3/1/2016 | 1405.78 | -$38.25 | $425.00 |
| 4/12/2016 | 1410 | 4/1/2016 | 1405.78 | $4.22 | $429.22 |
| 5/13/2016 | 1410 | 5/1/2016 | 1405.78 | $4.22 | $433.44 |
| 6/17/2016 | 1410 | 6/1/2016 | 1405.78 | $4.22 | $437.66 |
| 7/16/2016 | 1410 | 7/1/2016 | 1405.78 | $4.22 | $441.88 |
| 8/30/2016 | 1410 | 8/1/2016 | 1405.78 | $4.22 | $446.10 |
| 9/28/2016 | 1410 | 9/1/2016 | 1405.78 | $4.22 | $450.32 |
| 10/24/2016 | 1300 | 10/1/2016 | 1298.14 | $1.86 | $452.18 |
| 11/22/2016 | 1300 | 11/1/2016 | 1298.14 | $1.86 | $454.04 |
| 12/21/2016 | 1300 | 12/1/2016 | 1298.14 | $1.86 | $455.90 |
| 1/24/2017 | 1300 | 1/1/2017 | 1298.14 | $1.86 | $457.76 |
| 2/25/2017 | 1300 | 2/1/2017 | 1298.14 | $1.86 | $459.62 |
| 3/28/2017 | 1300 | 3/1/2017 | 1298.14 | $1.86 | $461.48 |
| 4/28/2017 | 1300 | 4/1/2017 | 1298.14 | $1.86 | $463.34 |
| 5/31/2017 | 1300 | 5/1/2017 | 1298.14 | $1.86 | $465.20 |
| 6/29/2017 | 1300 | 6/1/2017 | 1298.14 | $1.86 | $467.06 |
| 7/22/2017 | 1300 | 7/1/2017 | 1298.14 | $1.86 | $468.92 |
| 8/21/2017 | 1300 | 8/1/2017 | 1298.14 | $1.86 | $470.78 |
| 10/2/2017 | 1300 | 9/1/2017 | 1298.14 | $1.86 | $472.64 |
| 10/31/2017 | 1330 | 10/1/2017 | 1324.52 | $5.48 | $478.12 |
| 11/22/2017 | 1330 | 11/1/2017 | 1324.52 | $5.48 | $483.60 |
| 1/2/2018 | 1325 | 12/1/2017 | 1324.52 | $0.48 | $484.08 |
| 2/1/2018 | 1325 | 1/1/2018 | 1324.52 | $0.48 | $484.56 |
| 2/27/2018 | 1330 | 2/1/2018 | 1324.52 | $5.48 | $490.04 |
| 3/22/2018 | 1330 | 3/1/2018 | 1324.52 | $5.48 | $495.52 |
| 3/22/2018 | | | 5.48 | -$5.48 | $490.04 |
| 4/30/2018 | 1330 | 4/1/2018 | 1324.52 | $5.48 | $495.52 |
| 6/8/2018 | 1330 | 5/1/2018 | 1324.52 | $5.48 | $501.00 |
| 7/6/2018 | 1325 | 6/1/2018 | 1324.52 | $0.48 | $501.48 |
| 8/17/2018 | 1330 | 7/1/2018 | 1324.52 | $5.48 | $506.96 |
| 8/31/2018 | 1330 | 8/1/2018 | 1324.52 | $5.48 | $512.44 |
| 10/4/2018 | | | $425.00 | -$425.00 | $87.44 Paid PPFN fee from 5/28/14 |
| | | 9/1/2018 | $1,324.52 | -$1,324.52 | -$1,237.08 |
| | | 10/1/2018 | $1,366.99 | -$1,366.99 | -$2,604.07 Balance due |